UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS
CASE NO. 3:09cr13 LAC

YOLANDA WHEELER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  April 13, 2009
Motion/Pleadings: EX PARTE MOTION TO WITHDRAW
Filed by  Deft Attorney Sheehan    on 4/13/09    Doc.# 75

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of April, 2009, that:*
*(a) The relief requested is **GRANTED.***
*(b) Federal Public Defender is directed to appoint substitute counsel.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.